**1264 GAWLEY ET AL. vs. COMMON COUNCIL (Le Roy), No. 14480½.**

To compel the approval of a liquor bond.

Order to show cause denied October 30, 1894.

The proceedings of the council indicate that the objection to the bond was to the sufficiency of the sureties. Attached to the petition are a number of affidavits of recent date as to the re-

sponsibility of the sureties, but these were not presented to the council.